ADAM BRAVERMAN
United States Attorney
TODD W. ROBINSON
Special Attorney
California State Bar No. 199888
DAVID D. LESHNER
Special Attorney
California State Bar No. 207815
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7921
David.Leshner@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ROSARIO FAVELA-ASTORGA (2),<br>HERACLIO OSORIO-ARELLANES (4),<br><br>Defendants. | Case No.:  CR 11-150-TUC-DCB-BPV<br><br>**UNITED STATES' MEMORANDUM RE STATUS CONFERENCE** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Braverman, United States Attorney, and Todd W. Robinson and David D. Leshner, Special Attorneys, and hereby files this Memorandum Re Status Conference.

/ / /

Five of the seven defendants charged in this case have been convicted and sentenced. The remaining two defendants, Jesus Rosario Favela-Astorga ("Favela-Astorga") and Heraclio Osorio-Arellanes ("Heraclio") are in custody in Mexico pending their extradition to the United States. Co-defendant Rito Osorio-Arellanes ("Rito") has completed his custodial sentence and is being held as a material witness pursuant to 18 U.S.C. § 3144.

On November 30, 2017, Rito made his initial appearance as a material witness before the Honorable Bruce G. Macdonald. Daniel Anderson appeared for Rito, having previously been re-appointed as counsel by this Court. At the arraignment, the parties informed Judge Macdonald that they were aware of Tucson Division General Order 11-15, but that it likely would not be possible to set a material witness deposition within 30 days given that Favela-Astorga and Heraclio were in custody in Mexico and not yet represented by counsel in this case. The parties advised that they were working closely on the material witness issues and that they anticipated a further status conference with this Court.

Following the initial appearance, Mr. Anderson confirmed that Rito does not have family with whom he could reside if released on bond pending a future trial in this case. Mr. Anderson and undersigned counsel agreed to request that the Court appoint counsel for defendants Favela-Astorga and Heraclio and that a material witness deposition of Rito should follow the appointment.

DATED: December 15, 2017

Respectfully submitted,

ADAM BRAVERMAN
United States Attorney

/s/ David D. Leshner
DAVID D. LESHNER
TODD W. ROBINSON
Special Attorneys
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11-CR-150-TUC-DCB-BPV |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| JESUS ROSARIO ) | |
| FAVELA-ASTORGA (2), ) | |
| HERACLIO ) | |
| OSORIO-ARELLANES (4), ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS HEREBY CERTIFIED THAT:

I, DAVID D. LESHNER, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **UNITED STATES' MMEMORANDUM RE STATUS CONFERENCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court:

Daniel Anderson, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2017.

/s/ David D. Leshner
DAVID D. LESHNER

3