ADAM L. BRAVERMAN
United States Attorney
TODD W. ROBINSON
Special Attorney
California State Bar No. 199888
DAVID D. LESHNER
Special Attorney
California State Bar No. 207815
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7921
David.Leshner@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS ROSARIO<br>　　FAVELA-ASTORGA (2),<br><br>HERACLIO<br>　　OSORIO-ARELLANES (4),<br><br>　　　　Defendants. | Case No.:   CR 11-150-TUC-DCB-BPV<br><br>**NOTICE OF DEPOSITION** |

　　　PLEASE TAKE NOTICE that the video deposition of Rito Osorio-Arellanes will be held on Thursday, December 13, 2018, at 9:00 a.m., in Courtroom 3B, United States Courthouse, 405 West Congress Street, Tucson, Arizona 85701.

/ / /

1   This Notice will be served on counsel for defendants and counsel for Rito Osorio-
2   Arellanes via electronic filing.  The Notice will be served on the U.S. Marshals Service
3   via electronic mail.

4   DATED:  November 27, 2018          Respectfully submitted,

                                       ADAM L. BRAVERMAN
                                       United States Attorney

                                       /s/ David D. Leshner
                                       DAVID D. LESHNER
                                       TODD W. ROBINSON
                                       Special Attorneys
                                       Attorneys for Plaintiff
                                       United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11-CR-150-TUC-DCB-BPV |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| JESUS ROSARIO<br>  FAVELA-ASTORGA (2), ) | |
| HERACLIO<br>  OSORIO-ARELLANES (4), ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, DAVID D. LESHNER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF DEPOSITION** on the following parties by electronically filing the foregoing with the Clerk of the District Court:

Michael Carrillo, Esq. – counsel for defendant Jesus Rosario Favela-Astorga
Francisco Leon, Esq. – counsel for defendant Heraclio Osorio-Arellanes
Daniel Anderson, Esq. – counsel for material witness Rito Osorio-Arellanes

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2018.

/s/ David D. Leshner
DAVID D. LESHNER

3